**E-FILED**
Tuesday, 24 January, 2006  03:45:31 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/VIOLATION REPORT

Case Name: USA v GARY TOWNSEND

Case Number: 97-CR-30026

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Nancy M. Vickers*
U.S. Probation office

Date: 10/7/05